In the Matter of the Application of THOMAS S. HINKEL for Admission to Practice as an Attorney. (From the District of Columbia.) — Application granted. Present — Adel, Acting P.J., Wenzel, MacCrate, Beldock and Murphy, JJ.